**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:  Richard Andert Robins v. Commission for Lawyer Discipline
d/b/a Texas Bar a/k/a State Bar of Texas

Appellate case number:  01-19-00011-CV

Trial court case number:  2018-46488

Trial court:  61st District Court of Harris County

Appellant, Richard Andert Robins, has filed a second unopposed motion to extend time to file a motion for rehearing or a motion for reconsideration en banc. We **grant** appellant's motion and extend his deadline to March 26, 2020. **No further extensions will be granted absent exceptional circumstances.**

It is so ORDERED.

Judge's signature:  ___/s/ Evelyn V. Keyes_____
                      ☑ Acting individually     ☐ Acting for the Court

Date: _March 3, 2020_____